AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         FEB 2 2 2011

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:10-CR-0134-ECR-VPC |
| REBECCA BROWN | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>400 S. Virginia St.<br>Reno, NV 89501 | Courtroom No.: Two |
|---|---|
| | Date and Time: 3/1/11 4:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 02/22/2011

*Judge's signature*

Robert A. McQuaid, Jr., U.S. Magistrate Judge
*Printed name and title*